975 A.2d 1079

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Pedro STOWN, Petitioner.**

**No. 60 EM 2009.**

Supreme Court of Pennsylvania.

July 2, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of July, 2009, the "Petition for Review and Emergency Application for Review by a Single Justice," which is treated as an Application for Relief, is **DENIED.**

975 A.2d 1079

**Adalberto CORREDOR, Petitioner**

v.

**COMMON PLEAS COURT OF PENNSYLVANIA, Respondent.**

**No. 59 EM 2009.**

Supreme Court of Pennsylvania.

July 2, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus ad Sujiciendum is **DENIED.**